**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO.: 23-41129-PWB** |
| **BIANCO TOBIAS BENTON,** | * | |
| | * | **CHAPTER 13** |
| | * | |
| **DEBTOR** | * | **JUDGE BONAPFEL** |

## WITHDRAWAL OF DOCUMENTS

COMES NOW Debtor, by and through the undersigned counsel, and hereby files this Withdrawal of the *Emergency Motion to Impose Stay* (Docket No.5) and *Motion for Expedited Hearing* (Docket No.6) that were filed in this case on August 7, 2023.

This Monday, August 7, 2023                    Respectfully submitted,

___/s/_____
Stanley J. Kakol, Jr.,
Georgia Bar No. 406060
Law Offices of Stanley J. Kakol, Jr., PC
5353 Fairington Road
Suite C
Lithonia, GA 30038
770-800-0440
Attorney for Debtor(s)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the **"Withdrawal of Documents"** by electronic mail, fax and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

K. Edward Safir – service by ECF system
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

Bianco Tobias Benton
165 Parkmont Court
Dallas, GA 30132

IMAJN SERVICES, LLC – service by email
dba Sparrow as Agent For SN Georgia, LLC
c/o The Totten Firm, LLC
Attn. Matthew F. Totten, Esq.
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350
mft@tottenfirm.com

IMAJN SERVICES, LLC – service by email
8390 E. Via de Ventura F-110, #303
Scottsdale, AZ 85258
cdyer@sparrownow.com

This Monday, August 7, 2023                    _/s/_____
                                               Stanley J. Kakol, Jr.,
                                               Georgia Bar No. 406060
                                               Law Offices of Stanley J. Kakol, Jr., PC
                                               5353 Fairington Road, Suite C
                                               Lithonia, GA 30038
                                               770-800-0440